THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Raymond Christopher Shackelford,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-017
Submitted November 19, 2003  Filed January 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Raymond C. Shackelford was 
 indicted for infliction of great bodily injury on a child and unlawful child 
 neglect.  He pled guilty as charged.  The trial court sentenced him to twenty 
 years and ten years, respectively, with the sentences concurrent and credit 
 give for time served.  Shackelfords counsel attached to the final brief a petition 
 to be relieved as counsel stating she had reviewed the record and concluded 
 the appeal lacked merit.  Shackelford filed a pro se response.
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Shackelfords appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.